*Kirkland & Kirkland,* for defendant.

---

### 17349.   TRUITT *v.* THE STATE.

LUKE, J.   The evidence for the State (no evidence being presented by the accused) made a positive case against the defendant, and the jury could not have done other than convict him. The special assignment of error that the court did not charge upon the law of confessions is wholly without merit. See, in this connection, *Story* v. *State*, 145 *Ga.* 43 (2) (88 S. E. 548). The court properly overruled the motion for a new trial.          *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 13, 1926.

Making intoxicating liquor; from Troup superior court—Judge Roop.   February 19, 1926.

*L. B. Wyatt,* for plaintiff in error.

*W. Y. Atkinson, solicitor-general,* contra.

---

Criminal Law, 17 C. J. p. 256, n. 62.